Decided December 20, 2001

## STATE OF CONNECTICUT *v.* WILLIAM MORRISSETTE

The petition by the state of Connecticut for certification for appeal from the Appellate Court (AC 22302) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the state of Connecticut's appeal on the ground of lack of a final judgment?"

The Supreme Court docket number is SC 16654.

*Kevin T. Kane*, state's attorney, in support of the petition.

*Kent Drager*, senior assistant public defender, in opposition.

Decided December 20, 2001